No. 74–5527.  BRIDGES *v.* TENNESSEE.  C. A. 6th Cir. Certiorari denied.

No. 74–5532.  BOLDEN *v.* COWAN, PENITENTIARY SUPERINTENDENT.  C. A. 6th Cir.  Certiorari denied.

No. 73–528.  GENERES *v.* STICH ET AL.  Ct. App. Cal., 3d App. Dist.  Certiorari and other relief denied.

No. 73–1890.  THOMPSON ET UX. *v.* CLARK, TREASURER OF DUPAGE COUNTY, ET AL., *ante,* p. 988;

No. 74–97.  DIAMOND ET AL. *v.* BLAND, SHERIFF, ET AL., *ante,* p. 885;

No. 74–248.  UNITED STATES GYPSUM CO. *v.* UNITED STEELWORKERS OF AMERICA, AFL–CIO, *ante,* p. 998; and

No. 74–5187.  SMITH *v.* CALIFORNIA, *ante,* p. 988. Petitions for rehearing denied.

No. 73–6732.  SLOAN *v.* NIXON, PRESIDENT OF THE UNITED STATES, ET AL., *ante,* p. 958.  Petition for rehearing denied.  See this Court's Rule 58.

### DECEMBER 30, 1974

No. 74–5565.  ESTEVEZ *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari dismissed under this Court's Rule 60.

### JANUARY 9, 1975

No. 73–1943.  TRANSWESTERN PIPELINE CO. *v.* KERR-MCGEE CORP. ET AL.  C. A. 10th Cir.  Certiorari dismissed under this Court's Rule 60.